COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name: *Entergy Corporation, Entergy Services, Inc., Entergy Power, Inc., Entergy Power Marketing Corporation, Entergy Arkansas, Inc., and Entergy Texas, Inc. v. David Jenkins, George W. Strong, Francis N. Gans and Gary M. Gans, individually and on behalf of all persons similarly situated*

Appellate case number: 01-12-00470-CV

Trial court case number: CV20666

Trial court: 344th District Court of Chambers County

Date motion filed: December 4, 2014

Party filing motion: Appellees

It is ordered that the motion for rehearing is ☐ **DENIED** ☒ **GRANTED.** We withdraw the majority opinion and judgment dated November 6, 2014, and the dissenting opinion dated December 30, 2014. This case will be resubmitted to a panel consisting of Justices Keyes, Huddle, and Lloyd on June 2, 2015.

Judge's signature: /s/ Evelyn V. Keyes
　　　　　　　☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Keyes and Huddle

Date: May 5, 2015